# Exhibit C

```
                                                                    1
     I155sweP

 1   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 2   ------------------------------x

 3   UNITED STATES OF AMERICA,              New York, N.Y.

 4              v.                          Cr.      (KBF)(RWL)

 5   BRIAN SWEET,

 6              Defendant.

 7   ------------------------------x

 8                                          January 5, 2018
                                            11:45 a.m.
 9

10   Before:

11                  HON. ROBERT W. LEHRBURGER,

12                                          Magistrate Judge

13

14                       APPEARANCES

15   GEOFFREY S. BERMAN
          Interim United States Attorney for the
16        Southern District of New York
     BY:  JESSICA GREENWOOD
17        AMANDA K. KRAMER
          REBECCA G. MERMELSTEIN
18        Assistant United States Attorneys

19   ORRICK, HERRINGTON & SUTCLIFFE, LLP
          Attorneys for Defendant
20   BY: ANDREW J. MORRIS
         RICHARD MORVILLO
21

22

23

24

25
```

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

I155sweP

THE COURT:  Mr. Sweet, with respect to Count One of the information how do you plead; guilty or not guilty?

THE DEFENDANT:  Guilty.

THE COURT:  And with respect to Count Two of the information, how do you plead; guilty or not guilty?

THE DEFENDANT:  Guilty, your Honor.

THE COURT:  Can you please tell me in your own words what it is that you did in violation of the law?

THE DEFENDANT:  From at least in or about April 2015 up to and including in or about February 2017, I and others, willfully and knowingly, agreed and did obtain, share, and use confidential information from the PCAOB in order to affect PCAOB inspection outcomes which are, in turn, reported to the SEC.  The PCAOB transmits inspection reports to the SEC which uses those inspection reports to carry out its regulatory oversight and enforcement functions.  In connection with these crimes, I and others used e-mail and telephones across state lines.

THE COURT:  When you committed these acts, did you know that they were illegal and in violation of law?

THE DEFENDANT:  I did not have an understanding of that at the time, your Honor, but I do understand that now.

THE COURT:  And where did you commit these acts?  Where were you when you committed them?  In general, geographic area.