# Exhibit E

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA           :    ORDER
                                   :
           - v. -                  :    18 Cr. ___ (KBF)
                                   :
BRIAN SWEET,                       :
                                   :    18 CRIM 008
           Defendant.              :
                                   :
- - - - - - - - - - - - - - - - - x
```

WHEREAS, with the defendant's consent, his guilty plea allocution was made before a United States Magistrate Judge on January 5, 2018;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, ✓ this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea; *as well as receipt of a letter from the defendant dated 1/18/18 (following an order from this Court of the same date)* (KBF)

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

Dated: New York, New York
       January 19, 2018

SO ORDERED:

_____
HONORABLE KATHERINE B. FORREST
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

Brian Sweet
10175 N Archie Ave
Fresno, CA 93730

January 18, 2018

The Honorable Katherine B. Forrest
United States District Court for the Southern District of New York
500 Pearl Street, Courtroom 23B
New York, New York 10007

RE: *U.S. v. Brian Sweet*, 18 Cr. 8 (KBF)

Dear Judge Forrest:

This letter is in response to your sealed order dated January 18, 2018. I am writing to confirm that when I willfully and knowingly, agreed and did obtain, share, and use confidential information from the PCAOB in order to affect inspection outcomes, I understood that I was agreeing to participate in a scheme to defraud the PCAOB, which I knew was wrongful. I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Sincerely,

*[signature]*

Brian Sweet