UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>DAVID MIDDENDORF, et al.<br><br>    Defendants. | Case No. 18-cr-00036 (JPO) |

## NOTICE OF JOINDER OF DEFENDANT JEFFREY WADA

PLEASE TAKE NOTICE that Defendant Jeffrey Wada, through his undersigned attorneys, hereby joins, adopts, and incorporates by reference the following motions:

1.  Defendant David Britt's Motion to Compel Rule 16, *Brady*, and Other Discovery and Memorandum of Law in Support of Defendant David Britt's Motion to Compel Rule 16, *Brady*, and Other Discovery with accompanying Declaration of Melinda Haag and exhibits attached thereto (Doc. Nos. 95, 96, 97) filed on June 8, 2018 by Defendant David Britt in *United States v. Middendorf*, No. 18-cr-00036 (JPO); and

2.  Defendant Thomas Whittle's Motion to Compel Particularization and Production of *Brady* Material and Memorandum of Law in Support of Defendant Thomas Whittle's Motion to Compel Particularization and Production of *Brady* Material with accompany Declaration of Nola B. Heller and exhibits attached thereto (Doc. Nos. 98, 99, 100) filed on June 8, 2018 by Defendant Thomas Whittle in *United States v. Middendorf*, No. 18-cr-00036 (JPO).

DATED:  June 13, 2018	Respectfully submitted,

BROWN RUDNICK LLP

By: /s/ *Stephen R. Cook*
    Stephen R. Cook (admitted pro hac vice)
    BROWN RUDNICK LLP
    2211 Michelson Drive
    Seventh Floor
    Irvine, CA 92612
    Tel: (949) 752-7100
    Fax: (949) 252-1514
    scook@brownrudnick.com

By: /s/ *Justin S. Weddle*
    Justin S. Weddle
    Selbie L. Jason
    BROWN RUDNICK LLP
    Seven Times Square
    New York, New York 10036
    Tel: (212) 209-4800
    Fax: (212) 209-4801
    jweddle@brownrudnick.com
    sjason@brownrudnick.com

*Attorneys for Defendant Jeffrey Wada*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on June 13, 2018, I caused to be served a true and correct copy of the *Notice of Joinder of Defendant Jeffrey Wada* by filing through the Court's CM/ECF system, which sent notice electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

      /s/ Stephen R. Cook
Stephen R. Cook