

STEPHEN R. COOK
direct dial: (949) 752-7100
fax: (949) 252-1514
scook@brownrudnick.com

2211
Michelson
Drive
Seventh
Floor
Irvine
California
92612
*tel* 949.752.7100
*fax* 949.252.1514

July 27, 2018

**VIA EMAIL**

**Granted.**
**So Ordered:  7/30/18**

The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007
OetkenNYSDChambers@nysd.uscourts.gov

_____
J. PAUL OETKEN
United States District Judge

**RE:**   *United States v. Middendorf*, **18-cr-00036 (JPO)**

Dear Judge Oetken:

      We represent Defendant Jeffrey Wada in the above-captioned matter.  We write to request that Mr. Wada be excused from attending the oral argument on pending motions scheduled for August 1, 2018 at 10:30 A.M. as set by the Court on July 23, 2018.  While Mr. Wada has joined the motions of his co-defendants, we respectfully submit that Mr. Wada's attendance at the oral argument would not serve a useful purpose as to the issues before the Court which involve questions of law.  *See* Fed. R. Crim. P. 43(b)(3).  Mr. Wada resides in California and requiring his attendance at the August 1st hearing would be a financial hardship and would cause significant disruption to a project he is completing in connection with his employment.

      During Mr. Wada's arraignment on January 25, 2018 and in connection with a request that Mr. Wada be excused from attending a status conference, the Court confirmed that Mr. Wada understood that he has "a right to be present for all conferences including status conferences."  Mr. Wada understands that he has a right to be present for all proceedings before the Court and voluntarily waives that right as to the hearing scheduled for August 1, 2018 at 10:30 A.M.

Respectfully submitted,

**BROWN RUDNICK LLP**

Stephen R. Cook

cc:    All counsel of record (via email)