**brown**rudnick

STEPHEN R. COOK
direct dial: 949.752.7100
fax: 949.252.1514
scook@brownrudnick.com

November 1, 2019

**VIA EMAIL**
The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007
OetkenNYSDChambers@nysd.uscourts.gov

RE:   *United States v. Middendorf, et al.*, **18-cr-36 (JPO)**

Dear Judge Oetken:

On behalf of Jeffrey Wada, we respectfully request permission for him to travel by car from his home in California to Las Vegas, Nevada between December 21, 2019 and December 23, 2019 for a family vacation. We have conferred with the Government and with Pretrial Services Officer Tiffany Rivers, and neither has an objection to this request.

Respectfully submitted,

BROWN RUDNICK LLP

Stephen R. Cook

cc:   Jordan Estes (AUSA)
    Martin Bell (AUSA)
    Margaret Graham (AUSA)
    Tiffany Rivers (Pretrial Services Officer)

Granted.
So ordered.
  November 1, 2019

_____
J. PAUL OETKEN
United States District Judge