# LATHAM & WATKINS LLP

12670 High Bluff Drive
San Diego, California 92130
Tel: +1.858.523.5400  Fax: +1.858.523.5450
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Moscow |
| Boston | Munich |
| Brussels | New York |
| Century City | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

November 23, 2021

**By ECF**

The Honorable J. Paul Oetken
United States District Court
Southern District of New York
40 Foley Square, Room 2101
New York, NY 10007

    Re:    *United States v. David Middendorf, et al.*, 18 Cr. 36 (JPO)

Dear Judge Oetken:

    On behalf of our client, Jeffrey Wada, we respectfully request that Mr. Wada's conditions of supervision be expanded to permit him to travel within the continental United States with pre-approval by Pretrial Services while on bail pending appeal. We have conferred with the government and with Pretrial Services Officer Adriana Corona-Buergo, each of whom has no objection to this application.

Respectfully submitted,

Jason M. Ohta, (admitted *pro hac vice*)
of LATHAM & WATKINS LLP

*Counsel for Jeffrey Wada*

Cc:    Jordan Estes
        Assistant United States Attorney

        Officer Adriana Corona-Buergo
        Pretrial Services

Granted.
So ordered.
11/24/2021

_____
J. PAUL OETKEN
United States District Judge