# LATHAM & WATKINS LLP

12670 High Bluff Drive
San Diego, California 92130
Tel: +1.858.523.5400  Fax: +1.858.523.5450
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | San Diego |
| Düsseldorf | San Francisco |
| Frankfurt | Seoul |
| Hamburg | Shanghai |
| Hong Kong | Silicon Valley |
| Houston | Singapore |
| London | Tel Aviv |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

September 20, 2022

**By ECF**

The Honorable J. Paul Oetken
United States District Court
Southern District of New York
40 Foley Square, Room 2101
New York, NY 10007

Re:   *United States v. David Middendorf, et al.*, 18 Cr. 36 (JPO)

Dear Judge Oetken:

On behalf of our client, Jeffrey Wada, we respectfully request that Mr. Wada's conditions of supervision be amended to permit him to travel to the State of Hawaii for a family vacation from September 27, 2022 to October 5, 2022. We have conferred with the government and with Pretrial Services Officer Adriana Corona-Buergo, each of whom has no objection to this application.

Respectfully submitted,

Jason M. Ohta, (admitted *pro hac vice*)
of LATHAM & WATKINS LLP

*Counsel for Jeffrey Wada*

Cc: Jordan Estes
Assistant United States Attorney

Officer Adriana Corona-Buergo
Pretrial Services

Granted.
So ordered.
9/20/2022

J. PAUL OETKEN
United States District Judge