UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JEFFREY WADA, *et al.*,

    Defendants.

Case No. 18-cr-00036 (JPO)

### ORDER TO EXONERATE JEFFREY WADA'S BAIL CONDITIONS

The Court has reviewed the parties' stipulated motion for an order (1) exonerating Mr. Wada's conditions of release, and (2) returning to Mr. Wada the secured portion of Mr. Wada's personal recognizance bond. For the reasons outlined in the stipulated motion, the parties' request is GRANTED.

Accordingly, the Court ORDERS:

1. Mr. Wada's conditions of release are exonerated.
2. The secured portion of Mr. Wada's personal recognizance bond is to be returned to him.

**IT IS SO ORDERED.**

DATED: March 27, 2024

_____
J. PAUL OETKEN
United States District Judge